No. 1565, Misc. STOVALL *v*. DENNO, WARDEN. C. A. 2d Cir. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari granted. Case transferred to appellate docket. *Leon B. Polsky* for petitioner. *William Cahn* for respondent.

No. 1402. ATLANTIC COAST LINE RAILROAD CO. ET AL. *v*. BROTHERHOOD OF RAILWAY TRAINMEN ET AL. C. A. 5th Cir. Certiorari granted and case set for oral argument during the week of October 10, 1966. MR. JUSTICE DOUGLAS and MR. JUSTICE FORTAS took no part in the consideration or decision of this petition. *Paul A. Porter, Abe Krash, Dennis G. Lyons, Daniel A. Rezneck, Prime F. Osborn III* and *W. E. Grissett, Jr.*, for petitioners.

No. 1012, Misc. ENTSMINGER *v*. IOWA. Sup. Ct. Iowa. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari granted. Case transferred to appellate docket and set for oral argument immediately following No. 1181. Petitioner *pro se. Lawrence F. Scalise*, Attorney General of Iowa, and *Don R. Bennett*, Assistant Attorney General, for respondent. *Val L. Schoenthal* and *Craig T. Sawyer* for Iowa Civil Liberties Union, as *amicus curiae*, in support of the petition.

No. 1270, Misc. WHITUS ET AL. *v*. GEORGIA. Ct. App. Ga. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari granted. Case transferred to appellate docket and set for oral argument immediately following No. 918, Misc. *Charles Morgan, Jr.*, and *Melvin L. Wulf* for petitioners. *Arthur K. Bolton*, Attorney General of Georgia, *Carter A. Setliff*, Assistant Attorney General, and *Fred B. Hand*, Solicitor General, for respondent.